UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 11 CR 497 |
| v. | Judge John W. Darrah |
| FABRIEAL DELANEY, also known as "Face" | |

## ORDER OF PROTECTION GOVERNING CONTACT WITH VICTIMS AND WITNESSES

Pursuant to 18 U.S.C. §§ 3142 and 3771(a)(1) and (8), and based on a finding that defendant presents a danger to the safety of other individuals and the community, it is hereby ORDERED:

1. Defendant shall avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to Victim 1, Victim 2, Victim 3, Individual A, as identified in the indictment, and any relatives of Victim 1, Victim 2, Victim 3, and Individual A.

2. The restrictions set forth in this Order do not apply to defense counsel.

3. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
John W. Darrah
U.S. District Judge

Date: 3-15-12